Filed 11/6/14  Bravo Development Group v. Elli CA3

<u>NOT</u> <u>TO</u> <u>BE</u> PUBLISHED

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

# IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## THIRD APPELLATE DISTRICT

(Sacramento)

----

| | |
|---|---|
| BRAVO DEVELOPMENT GROUP LLC, | C073762 |
| Plaintiff and Respondent, | (Super. Ct. No. 34-2012-00133552-CU-BT-GDS) |
| v. | |
| SHAHRAM ELLI et al., | |
| Defendants and Appellants. | |

Defendants Shahram Elli and Sourcis, Inc., timely appealed from an order granting the unopposed motion by plaintiff Bravo Development Group LLC for a preliminary injunction.  The appeal lies.  (Code Civ. Proc., § 904.1, subd. (a)(6).)

Well after briefing was completed in this case and after we sent the parties a letter advising them that we were prepared to render a decision in this case, appellants filed a request for dismissal.  We grant the request and dismiss the appeal.

1

**DISPOSITION**

The appeal is dismissed.  Appellants shall pay respondent's costs of this appeal. (Cal. Rules of Court, rule 8.278(a)(1), (2).)  We direct the clerk of this court to immediately issue the remittitur.  (Cal. Rules of Court, rule 8.244(c)(2).)


                                                         DUARTE       , J.


We concur:


      ROBIE      , Acting P. J.


      HOCH      , J.